1  Mahadhi Corzano (SBN: 254905)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x255
   Fax: 866-583-3695
4  mcorzano@consumerlawcenter.com
   Attorneys for Plaintiff,
5  STEVEN IBARRA

6

7                  UNITED STATES DISTRICT COURT

8                  CENTRAL DISTRICT OF CALIFORNIA

9  STEVEN IBARRA                    )  **Case No.: 2:11-cv-04198-RZ**
                                    )
10            Plaintiff,            )
                                    )  **VOLUNTARY DISMISSAL**
11        v.                        )
                                    )
12  FINANCIAL ASSET                 )
    MANAGEMENT SYSTEMS, INC.,       )
13                                  )
              Defendant.            )
14

15            **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

16

17        Plaintiff, STEVEN IBARRA, by and through his attorneys, KROHN &

18  MOSS, LTD., hereby voluntarily dismisses the above-entitled case without

19  prejudice.

20  Dated: June 30, 2011                KROHN & MOSS, LTD.

21

22                                      By:/s/ Mahadhi Corzano

23

24                                      Mahadhi Corzano
                                        Attorney for Plaintiff,
25                                      STEVEN IBARRA

                                   - 1 -